UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERKINS,

                      **Plaintiff,**

       *- against -*

COMMISSIONER OF SOCIAL SECURITY,

                    **Defendant.**

19CV4726 (CS)(LMS)

ORDER

**LISA MARGARET SMITH, U.S.M.J.**

On May 4, 2020, Plaintiff's counsel filed a motion for attorneys' fees, Docket # 25.  To date, Defendant has neither filed papers in response to the motion nor contacted the Court to request an extension of time in which to do so.  Accordingly, the Court hereby orders that Defendant shall file papers in opposition to the motion for attorneys' fees **by no later than July 16, 2020**.  Plaintiff's reply, if any, shall be filed **by no later than July 23, 2020**.

Should Defendant fail to oppose the motion, the Court may recommend that the motion be granted by default.

Dated: July 2, 2020
       White Plains, New York

                                      SO ORDERED,

                                      _____
                                      Lisa Margaret Smith
                                      United States Magistrate Judge
                                      Southern District of New York